IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, )<br>                Plaintiff, )<br>        v. )<br>FLORA TROPICANA AQUATICS, INC., )<br>d/b/a Flora Tropicana Aquatics; )<br>RODNEY J. BLONIEN; NOREEN E. )<br>BLONIEN, )<br>                Defendants. ) | 2:09-cv-01099-GEB-KJM<br><br>ORDER OF DISMISSAL |

On July 8, 2009, Plaintiff filed a Notice of Settlement in which he stated "the parties have settled this action." Further, an "Order Re Settlement and Disposition" was filed on July 10, 2009, ("July 10 Order") which stated that "a dispositional document shall be filed no later than August 7, 2009[;] and, that [f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed."

Since no response to the July 10 Order has been filed,

1 | and no reason has been provided for the continued pendency of this
2 | action, this action is dismissed without prejudice.
3 |      IT IS SO ORDERED.
4 | Dated:  September 3, 2009

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```